IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PORTSMOUTH NETWORK CORPORATION<br><br>    Plaintiff,<br>v.<br>CISCO SYSTEMS, INC.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 2:23-cv-441-JRG<br>§<br>§  **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Portsmouth Network Corporation and Defendant Cisco Systems, Inc. hereby stipulate that Plaintiff's action is to be dismissed in its entirety without prejudice, and each party shall bear its own costs and attorneys' fees. The dismissal shall be effective upon filing of this joint stipulation.

Dated December 23, 2024              Respectfully submitted,

By:   */s/ James R. Nuttall by permission Claire Henry*
      James R. Nuttall (IL 6243585)
      LEAD ATTORNEY
      Robert F. Kappers (IL 6313187)
      Daniel F. Gelwicks (IL 6320663)
      Sadaf Misbah
      STEPTOE & JOHNSON LLP
      227 West Monroe Street, Suite 4700
      Chicago, IL 60606
      (312) 577-1300
      E-mail: jnuttall@steptoe.com
      E-mail: rkappers@steptoe.com
      E-mail: dgelwicks@steptoe.com
      E-mail: smisbah@Steptoe.com

Benjamin Ho
Steptoe LLP
One Market Plaza, 1 Market St.
Suite #3900
San Francisco, CA 94105
415-365-6772
Fax: 415-365-6699
Email: bho@steptoe.com

Christopher Suarez (IL 6307113)
Katherine D Cappaert
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8003
E-mail: csuarez@steptoe.com
Email: kcappaert@steptoe.com

Michael C. Miller (NY 2066256) *PHV pending*
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
E-mail: mmiller@steptoe.com

Of Counsel:

MILLER FAIR HENRY, PLLC
Charles Everingham IV
Texas Bar No. 00787447
chad@millerfairhenry.com
Claire Abernathy Henry
Texas State Bar No. 24053063
claire@millerfairhenry.com
1507 Bill Owens Pkwy
Longview, Texas 75604
Phone: (903) 757-6400
Fax: (903) 757-2323

*Attorneys for Plaintiff*
*Portsmouth Network Corporation*

By: */s/ Michael E. Jones by permission Claire Henry*
Tamir Packin
LEAD ATTORNEY
tpackin@desmaraisllp.com

2

Deborah Mariottini
dmariottini@desmaraisllp.com
Jordan Owens
jowens@desmaraisllp.com
Leslie M Spencer
lspencer@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Michael E Jones
Potter Minton
102 North College
Suite 900
Tyler, TX 75702
903-525-2239
Email: mikejones@potterminton.com

Michael R. Rhodes
mrhodes@desmaraisllp.com
Emily N. Weber
eweber@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Delon Lier
dlier@desmaraisllp.com
DESMARAIS LLP
1899 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 415-4900
Fax: (202) 415-4901

Jonathan V. Lewis
DESMARAIS LLP
5911 Nebraska Ave, NW
Washington, DC 20015
703-595-3375
Fax: 202-451-4901
Email: jlewis@desmaraisllp.com

*Counsel for Defendant Cisco Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via CM/ECF on all counsel of record on this 23rd day of December, 2024.

/s/ *Claire Henry*
Claire Henry