IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PORTSMOUTH NETWORK CORPORATION, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-00441-JRG |
| v. | § § | |
| CISCO SYSTEMS, INC., | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Without Prejudice (the "Stipulation") filed by Plaintiff Portsmouth Network Corporation ("Plaintiff") and Defendant Cisco Systems, Inc. ("Defendant" and with Plaintiff, the "Parties"). (Dkt. No. 95.) In the Stipulation, the Parties agree under Rule 41(a)(1)(A)(ii) "that Plaintiff's action is to be dismissed in its entirety without prejudice, and each party shall bear its own costs and attorneys' fees." (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Dec 26, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE